Louis Thompson, Appellee, v. Ardell Cheatem, Appellant. Term No. 46011.

opinion filed January 20, 1947; released for publication February 20, 1947. Harold J. Bandy, for appellant; no appearance for appellee. Opinion by JUSTICE SMITH. **Not to be published in full.**